UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
STATE OF LOUISIANA

| | | |
|---|---|---|
| THOMAS R. HARDEE<br>    (Plaintiff) | : | JUDGE: _____ |
| VERSUS | : | DOCKET NO.: 2:21-cv-641 |
| CMH HOMES, INC. (CLAYTON HOMES), SOUTHERN ENERGY HOMES, INC., SOUTHERN COLONEL HOMES, INC., SOUTHERN COLONEL HOMES OF LAUREL, REGIONAL ENTERPRISES, LLC d/b/a LAUREN HOME CENTER, and B & C MOBILE HOMES, LLC<br>    (Defendants) | : | MAGISTRATE: _____ |

TO:   Hon. Carol L. Michel
      Clerk, United States District Court
      Eastern District of Louisiana
      Hale Boggs Federal Building
      500    Poydras Street, Room C151
      New Orleans, Louisiana 70130

NOTICE OF REMOVAL
UNDER 28 U.S.C. § 1332 and 28 U.S.C. § 1441(b)

PLEASE TAKE NOTICE that Defendants, Southern Energy Homes, Inc., (Southern Energy), hereby file this Notice of Removal of this case from the 22nd Judicial District Court, Parish of St. Tammany, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana.  This removal is predicated upon diversity jurisdiction under 28 U.S. C. § 1332 and removed pursuant to 28 U.S.C. § 1441 (b).

1.

This case was commenced in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, on January 28, 2021, when plaintiff, Thomas R. Hardee filed his lawsuit alleging claims against Southern Colonel Homes, Inc., d/b/a Southern Colonel Homes of Laurel, Regional Enterprises, LLC d/b/a Laurel Home Center, Southern Energy and CMH Homes, Inc. (Clayton Homes), for defects in a modular home and for various remedies associated therewith, including rescission of the sale and return of the purchase price. (Ex. 1, Petition for Damages (Petition).)

2.

Plaintiff is a citizen of Louisiana who resides in Folsom, Louisiana. (Ex. 1, Petition, ¶¶ IV-V.)

3.

All defendants are citizens of states other than Louisiana:

a. Southern Colonel Homes, Inc., d/b/a Southern Colonel Homes of Laurel (Southern Colonel), <u>has not been served</u>. (Ex. 2, Certified State Court Record containing no proof of service on Southern Colonel.) Southern Colonel is alleged by Plaintiff to be out of business (Ex. 1, ¶ 1), but was or is a corporation organized in the State of Mississippi with its principal place of business in Hattiesburg, Mississippi. (Ex. 3, Mississippi Secretary of State Online Corporations Database[1] Record for Southern Colonel Homes, Inc.)

b. Regional Enterprises, LLC d/b/a Laurel Home Center (Regional) is a limited liability company whose owners and members are Heath Jenkins, a citizen of Mississippi,

---

[1] https://corp.sos.ms.gov/corpconv/portal/c/page/corpBusinessIdSearch/portal.aspx?#

and Regional Holdings Corporation, a corporation organized in the State of Mississippi that has its principal place of business in Flowood, Mississippi. (Ex. 4, Declaration of Charles Stricklin, at ¶¶ 3-4.)

    c. Southern Energy is a corporation organized in the State of Delaware with its principal place of business in Alabama. (Ex. 5, Declaration of Andrew Snuggs, at ¶ 2.)

    d. CMH Homes, Inc. (Clayton Homes), is a corporation organized under the laws of the State of Tennessee with its principal place of business in Maryville, Tennessee. (Ex. 6, Declaration of Matthew Mallery, ¶ 2.)

    e. B & C Mobile Homes, LLC (B & C), <u>has not been served</u>. (Ex. 2, Certified State Court Record containing no proof of service on B & C.) Plaintiff names B & C as a defendant in the caption of the Petition, alleges that B & C set up his home and requests long arm service on B & C, but never states in the allegations in the Petition that B & C is a "defendant." Nonetheless, B & C is a limited liability company whose owner and member is James Burroughs, who is a citizen of the State of Mississippi and domiciled in Laurel, Mississippi. (See Ex. 7, Mississippi Secretary of State Online Corporations Database[2] Record for B & C Mobile Homes, LLC.)

4.

The amount in controversy of Plaintiff's action against Defendant exceeds $75,000.00, exclusive of interest and costs:

    a. The action alleged by Plaintiffs a civil nature for damages and other relief arising out of alleged defects in a multi-section modular home, for the modules were constructed by Southern Energy and sold to Southern, who then sold them to Plaintiff together with

---

[2] https://corp.sos.ms.gov/corpconv/portal/c/page/corpBusinessIdSearch/portal.aspx?#

final construction of the home on Plaintiffs' property. Southern Energy sold the modules to Southern Colonel for $146,739.00. (See Ex. 5, Declaration of Andrew Snuggs, at ¶¶ 3-4.)

b. Plaintiff does not allege the price he paid for the home in his Petition, but it is reasonable to conclude that if Southern Colonel purchased the modules for the multi-section modular home from Southern Energy for $146,739.00, the Plaintiff paid more than that amount to purchase the home with onsite construction from Southern Colonel for more than $146,739.

c. Plaintiff alleges that he is entitled to relief under Louisiana's redhibition laws and that the Defendants are bound to return his purchase price with interest and reimbursement of his reasonable expenses. (Ex. 1, Petition, at ¶ XIV.)

d. Plaintiff further alleges that the Defendants' repeated attempts to unsuccessfully repair his home entitles him to rescission of the contract of sale. (Ex. 1, Petition, at ¶ XVI.)

e. Plaintiff is therefore alleging that he is entitled to rescind the sale of his home and recover his purchase price of more than $146,739.00, together with conventional interest, reasonable expenses and attorney's fees, and the amount in controversy in the matter exceeds $75,000.00.

5.

This suit is an action in which this Court has jurisdiction under 28 U.S.C. § 1332(a) and which may be removed to this Court under 28 U.S.C. § 1441(b) because:

a. This Notice of Removal is properly filed in this Court pursuant to 28 U.S.C. §§ 98(b), 1441, and 1446 because the Petition filed by Plaintiff is a civil action that was

filed in a state court, the 22nd Judicial District Court for the Parish of St. Tammany, Louisiana, that is located within the Eastern District of Louisiana.

    b.    Under 28 U.S.C. §1332(a), there is diversity of citizenship, because:

(i)    Plaintiff is domiciled in and a citizen of Louisiana;

(ii)    Southern Colonel Homes, Inc., d/b/a Southern Colonel Homes of Laurel has not been served, is possibly out of business, and is/was a corporate citizen of Mississippi.

(iii)    Regional Enterprises, LLC d/b/a Laurel Home Center is a limited liability company whose owners and members are citizens of Mississippi.

(iv)    Southern Energy is a corporate citizen of Delaware and Alabama.

(v)    CMH Homes, Inc., is a corporate citizen of Tennessee.

(vi)    B & C Mobile Homes, LLC, has not been served, but is a limited liability company whose sole owner and member is a citizen of Mississippi.

    c.    The amount in controversy of Plaintiff's claims exceeds $75,000.00, exclusive of interest and costs because Plaintiff seeks rescission of the sale of a modular home that costs more than $146,739.00, together with conventional interest on his loan, reasonable expenses, damages and attorney's fees. See, *Aucoin v. Southern Quality Homes, Inc.,* 2007-1014 (La. 2/26/08, 984 So.2d 685, 689 (a manufactured home redhibition case involving similar allegations of defects leading to moisture and mold in which the trial court rescinded the sale of the home and awarded the plaintiffs a return of the purchase price, plus closing cost of $4,190.33, nonpecuniary damages of $25,000.00 and attorney's fees of $25,000.00).

    d.    In addition, Southern Energy was served with the Plaintiffs' Petition on March 1, 2021, and under 28 U.S.C. §1446(b), Southern Energy is filing for removal within

thirty (30) days of being served with the Petition. (Ex. 1, at Service of Process Transmittal; Ex. 5, Declaration of Andrew Snuggs, at ¶ 3.)

     e.     Finally, pursuant to 28 U.S.C. §1446(b)(2)(A) all defendants who have been properly joined and served, namely Regional Enterprises and Southern Energy, and CMH Homes, Inc., have consented to or filed this removal. (Ex. 4, Declaration of Charles Stricklin, ¶ 5; Ex. 6, Declaration of Matthew Mallery, ¶ 3.

6.

Pursuant to 28 U.S.C. § 1446(a), the Southern Energy has attached all pleadings filed in the state court proceedings and for which it received notice with Exhibit 1 to this Notice of Removal. Pursuant to the administrative procedures of the Eastern District of Louisiana, Southern Energy attaches the Civil Cover Sheet, Exhibit 8, and electronic images of: (1) all records and proceedings occurring in the State Court prior to removal; (b) a list of all documents included in the State Court record: and (c) a certificate that the filing constitutes the entire State Court Record filed to date, as Exhibit 2.

7.

Southern Energy will give written notice of the filing of this Notice of Removal to all known counsel and will provide notification of this filing to the Clerk of Court for the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana. See Exhibit 9.

Respectfully Submitted

Voorhies & Labbé
(A Professional Law Corporation)

BY: Lamont P. Domingue, #20787
700 St. John Street, Suite 500
Post Office Box 3527
Lafayette, Louisiana 70502
PHONE: 337-232-9700
FAX: 337-235-4943
E-Mail: lpd@volalaw.com
Attorneys for Southern Energy Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 30, 2021, I electronically filed with the Clerk of Court the foregoing *Notice of Removal* by using the CM/ECF system, which will send a notice of electric filing to:

None.

I also certify that I have forwarded to all known counsel of record by either facsimile, email transmission and/or depositing same in the United States Mail, postage prepared and properly addressed to the following:

Jonathan R. Fleming, *flemingjr13@gmail.com*

John R. Walker, *johnwalker@jonesfussell.com*

Lamont P. Domingue