CT Corporation

# Service of Process Transmittal

03/01/2021
CT Log Number 539122571

**TO:** Dan Batchelor, Office of General Counsel
The Clayton Companies
3284 Morgan Dr Ste 112
Vestavia, AL 35216-3086

**RE:** **Process Served in Louisiana**

**FOR:** Southern Energy Homes, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:** THOMAS R. HARDEE, Pltf. vs. CMH HOMES, INC., et al., Dfts. // To: SOUTHERN ENERGY HOMES, INC.

**DOCUMENT(S) SERVED:** -

**COURT/AGENCY:** None Specified
Case # 202110467

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Baton Rouge, LA

**DATE AND HOUR OF SERVICE:** By Process Server on 03/01/2021 at 09:15

**JURISDICTION SERVED :** Louisiana

**APPEARANCE OR ANSWER DUE:** None Specified

**ATTORNEY(S) / SENDER(S):** None Specified

**ACTION ITEMS:** SOP Papers with Transmittal, via UPS Next Day Air , 1ZX212780132097536

Image SOP

Email Notification, Dan Batchelor dan.batchelor@sehomes.com

Email Notification, Suzie Malone Suzie.Malone@SEHomes.com

Email Notification, Jon Beling jon.beling@claytonhomes.com

**REGISTERED AGENT ADDRESS:** C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

866-665-5799
SouthTeam2@wolterskluwer.com

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

**SERVE**

**Thomas R Hardee**

**VS 2021-10467 Division D**

**Southern Colonel Homes Inc et al**

**22nd Judicial District Court**

**Parish of St. Tammany**

**State of Louisiana**

**TO THE DEFENDANT: Southern Energy Homes Inc, Through CT Corporation System 3867 Plaza Tower Dr. Baton Rouge, LA 70816**

**You are hereby summoned to comply** with the demand contained in the petition of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing an answer or other pleading, before the 22nd Judicial District Court, at the Justice Center, 701 N. Columbia Street, Covington, LA, in and for the Parish of St. Tammany, State of Louisiana, within **FIFTEEN (15)** days after the service hereof, under penalty of default judgment against you.

By order of the Honorable Judges of said Court this 28th day of January, 2021

Melissa R. Henry, Clerk of Court

BY: S/KATIE GILLY

Katie Gilly, Deputy Clerk

Issued: 02/12/21

**Counsel or Pro Se:**
Jonathan R Fleming
Attorney at Law
216 N Columbia Street Suite A
Covington, LA 70433

A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Katie Gilly, Deputy Clerk

Received on ____________, 2021, and on ______________, 2021 I served a true copy of the within ______________________________,

on ______________________________ in person,

at domicile with ______________________________

in ____________________ Parish, a distance of ______ miles from the Justice Center.

RECEIVED
FEB 26 2021
R.R. SHERIFF'S OFFICE

______________________________
Deputy Sheriff

Parish of ______________________________

101 - 15 day regular Citation
Rev 7/16

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**DOCKET:** 2021 . 10467 **DIVISION:** D

**THOMAS R. HARDEE**

**VERSUS**

**CMH HOMES, INC. (CLAYTON HOMES), SOUTHERN ENERGY HOMES, INC., SOUTHERN COLONEL HOMES, INC., SOUTHERN COLONEL HOMES OF LAUREL, REGIONAL ENTERPRISES, LLC d/b/a LAUREL HOME CENTER, AND B & C MOBILE HOMES, LLC**

**FILED:** JAN 28 2021

DEPUTY CLERK
Sandra Burris, Deputy Clerk

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Thomas R. Hardee, who respectfully represents as follows:

I.

On or around June 2016, Petitioner purchased a new manufactured home from Southern Colonel Homes, Inc. and a dealership doing business as Southern Colonel Homes of Laurel in Laurel, Mississippi. Apparently, Southern Colonel Homes of Laurel went out of business in 2017, but both Southern Colonel Homes, Inc. and Southern Colonel Homes of Laurel are made Defendants herein.

2021 JAN 28 P 3:10

II.

Upon information and belief, the physical address formerly occupied by Southern Colonel Homes of Laurel is now occupied by another dealer of manufactured homes owned by Regional Enterprises, LLC d/b/a Laurel Home Center. It is unclear if Regional Enterprises is in any way a continuation of Southern Colonel Homes of Laurel or if the debts and liabilities of Southern Colonel Homes of Laurel passed on to Regional Enterprises. In any event, Regional Enterprises is made a Defendant herein out of an abundance of caution.

III.

The home was manufactured by Southern Energy Homes, Inc., which is a subsidiary of Clayton Homes. Both are made Defendants herein.

IV.

Southern Colonel (the dealer) then caused the home to be shipped to and installed on Petitioner's property in Folsom, Louisiana, and the dealer contracted with B & C Mobile Homes to handle the set up and installation of the home, which included the raising and completion of the pre-fabricated roof.

V.

Shortly after Petitioner moved into his home, he noticed a leak coming from his bedroom wall and immediately contacted the dealer, Southern Colonel, to report the problem. In response, the Southern Colonel and/or Southern Energy sent a crew to inspect and repair the leak, and they assured Petitioner that they were able to locate and fix the problem. However, the problem persisted.

VI.

In fact, Petitioner has had to contact either the dealer or manufacturer on five (5) separate occasions in connection with the leaks, and each time a crew was sent to inspect and repair the leak, and each time Petitioner was assured that the problem was fixed. The most recent inspection and repair was performed on or around January 2020.

VII.

On or around June 2, 2020, after a very hard rain, Petitioner noticed water pooling in his living room and bedroom floors and sought to file a claim with his insurance company. In connection with his claim, an insurance adjuster inspected the home and determined that coverage should be denied because the water intrusion was caused by the improper installation of the roof and not by the storm. The insurance adjuster recommended that Petitioner reach out to the manufacturer.

VIII.

On or around June 2020, Petitioner contacted Clayton Homes through its "customer advocacy" email service to report the problem and attached the pictures taken by the insurance agent. Clayton reviewed the photos and determined that the issue "appears to be from where the setup crew raised the 6:12 roof...this means that these shingles were installed by the setup crew sent by Southern Colonel Homes, Inc., not by our facility." Clayton then recommended that

Petitioner contact Southern Colonel. A copy of this email correspondence and photographs are attached hereto as Exhibit A and Exhibit A-1.

IX.

On or around July 14, 2020, Petitioner had the roof independently inspected by Custom Roofing by James Ghawaly, LLC, and Mr. Ghawaly prepared a written inspection report outlining the poor installation and workmanship of the roof that is causing the leaks. A copy of this report is attached hereto as Exhibit B.

X.

Furthermore, the Defendants herein never provided Petitioner with notice of the requirements set forth in the New Manufactured and Modular Home Warranty Act (La. R.S. 51:912.1 et seq,), including the preemptive periods for an action for breach of warranty or the requirement that Petitioner provide written notice to the Louisiana Manufactured Housing Commission before undertaking any repairs or instituting an action. Petitioner has, however, submitted a formal complaint to the Housing Commission, which is attached hereto as Exhibit C.

XI.

Petitioners' damages, which were sustained from years of water intrusion into his home from the faulty roof (despite numerous attempts by Defendants to repair the leaks, and numerous assurances to Petitioner that the problem was fixed), include, but are not limited to, water damage to interior and exterior walls and ceiling, sheet rock, wooden beams on ceiling, cabinet damage, buckling and separation of his floors and floor boards. The extent of the damage is still unknown, but it is likely that continuous water intrusion over such a long period of time has caused irreparable damage to the home (ie deterioration of structural integrity, mold, mildew, etc) all to the point of rendering the home unsafe to live. A copy of various costs incurred by Petitioner, as well as quotes and estimates setting forth costs Petitioner is likely to incur, is is attached hereto as Exhibit D.

XII.

The aforesaid problems with the manufacture and/or installation of Petitioners' home resulted in damages to Petitioner's property for which the Defendants are liable under La. R.S. 51:912.1, et seq. (New Manufactured and Modular Home Warranty Act), La. C.C. Art. 2475, et

**TWENTY-SECOND JUDICIAL DISTRICT COURT**

**PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

**DOCKET:** 2021-10467 **DIVISION:** D

**THOMAS R. HARDEE**

**VERSUS**

**CMH HOMES, INC. (CLAYTON HOMES), SOUTHERN ENERGY HOMES, INC., SOUTHERN COLONEL HOMES, INC., SOUTHERN COLONEL HOMES OF LAUREL, REGIONAL ENTERPRISES, LLC d/b/a LAUREL HOME CENTER, AND B & C MOBILE HOMES, LLC**

**FILED:** JAN 28 2021

DEPUTY CLERK
Sandra Burris, Deputy Clerk

ST. TAMMANY PARISH
STATE OF LOUISIANA
FILED FOR RECORD
2021 JAN 28 P 3:10
MELISSA R. HENRY
CLERK OF COURT

**PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, Thomas R. Hardee, who respectfully represents as follows:

I.

On or around June 2016, Petitioner purchased a new manufactured home from Southern Colonel Homes, Inc. and a dealership doing business as Southern Colonel Homes of Laurel in Laurel, Mississippi. Apparently, Southern Colonel Homes of Laurel went out of business in 2017, but both Southern Colonel Homes, Inc. and Southern Colonel Homes of Laurel are made Defendants herein.

II.

Upon information and belief, the physical address formerly occupied by Southern Colonel Homes of Laurel is now occupied by another dealer of manufactured homes owned by Regional Enterprises, LLC d/b/a Laurel Home Center. It is unclear if Regional Enterprises is in any way a continuation of Southern Colonel Homes of Laurel or if the debts and liabilities of Southern Colonel Homes of Laurel passed on to Regional Enterprises. In any event, Regional Enterprises is made a Defendant herein out of an abundance of caution.

III.

The home was manufactured by Southern Energy Homes, Inc., which is a subsidiary of Clayton Homes. Both are made Defendants herein.

IV.

Southern Colonel (the dealer) then caused the home to be shipped to and installed on Petitioner's property in Folsom, Louisiana, and the dealer contracted with B & C Mobile Homes to handle the set up and installation of the home, which included the raising and completion of the pre-fabricated roof.

V.

Shortly after Petitioner moved into his home, he noticed a leak coming from his bedroom wall and immediately contacted the dealer, Southern Colonel, to report the problem. In response, the Southern Colonel and/or Southern Energy sent a crew to inspect and repair the leak, and they assured Petitioner that they were able to locate and fix the problem. However, the problem persisted.

VI.

In fact, Petitioner has had to contact either the dealer or manufacturer on five (5) separate occasions in connection with the leaks, and each time a crew was sent to inspect and repair the leak, and each time Petitioner was assured that the problem was fixed. The most recent inspection and repair was performed on or around January 2020.

VII.

On or around June 2, 2020, after a very hard rain, Petitioner noticed water pooling in his living room and bedroom floors and sought to file a claim with his insurance company. In connection with his claim, an insurance adjuster inspected the home and determined that coverage should be denied because the water intrusion was caused by the improper installation of the roof and not by the storm. The insurance adjuster recommended that Petitioner reach out to the manufacturer.

VIII.

On or around June 2020, Petitioner contacted Clayton Homes through its "customer advocacy" email service to report the problem and attached the pictures taken by the insurance agent. Clayton reviewed the photos and determined that the issue "appears to be from where the setup crew raised the 6:12 roof...this means that these shingles were installed by the setup crew sent by Southern Colonel Homes, Inc., not by our facility." Clayton then recommended that

Petitioner contact Southern Colonel. A copy of this email correspondence and photographs are attached hereto as Exhibit A and Exhibit A-1.

IX.

On or around July 14, 2020, Petitioner had the roof independently inspected by Custom Roofing by James Ghawaly, LLC, and Mr. Ghawaly prepared a written inspection report outlining the poor installation and workmanship of the roof that is causing the leaks. A copy of this report is attached hereto as Exhibit B.

X.

Furthermore, the Defendants herein never provided Petitioner with notice of the requirements set forth in the New Manufactured and Modular Home Warranty Act (La. R.S. 51:912.1 et seq,), including the preemptive periods for an action for breach of warranty or the requirement that Petitioner provide written notice to the Louisiana Manufactured Housing Commission before undertaking any repairs or instituting an action. Petitioner has, however, submitted a formal complaint to the Housing Commission, which is attached hereto as Exhibit C.

XI.

Petitioners' damages, which were sustained from years of water intrusion into his home from the faulty roof (despite numerous attempts by Defendants to repair the leaks, and numerous assurances to Petitioner that the problem was fixed), include, but are not limited to, water damage to interior and exterior walls and ceiling, sheet rock, wooden beams on ceiling, cabinet damage, buckling and separation of his floors and floor boards. The extent of the damage is still unknown, but it is likely that continuous water intrusion over such a long period of time has caused irreparable damage to the home (ie deterioration of structural integrity, mold, mildew, etc) all to the point of rendering the home unsafe to live. A copy of various costs incurred by Petitioner, as well as quotes and estimates setting forth costs Petitioner is likely to incur, is is attached hereto as Exhibit D.

XII.

The aforesaid problems with the manufacture and/or installation of Petitioners' home resulted in damages to Petitioner's property for which the Defendants are liable under La. R.S. 51:912.1, et seq. (New Manufactured and Modular Home Warranty Act), La. C.C. Art. 2475, et

seq., La. C.C. Art. 2520, et seq., La. C.C. Art. 2315, La. C.C. Art. 1948, et seq., and La. C.C. Art. 1994, et seq.

XIII.

Pursuant to La. R.S. 51:912.1 et seq. (New Manufactured and Modular Home Warranty Act – "the Act"), a "builder" warrants to the homeowner that five (5) years following the warranty commencement date the home will be free from major structural defects. La. R.S. 51:912.4(A)(3). Defendants have breached this warranty and they (or their insurers) are liable to Petitioner for actual damages arising out of the violation, including attorney fees and court costs. La. R.S. 51:912.9. Furthermore, the Act mandates that the dealer or developer licensee shall give the owner written notice of the requirements set forth in the Act at the time of execution of the purchase agreement. La. R.S. 51:912.5(B). Defendants failed to provide such notice to Petitioner and, as such, should not be permitted to benefit from the protections afforded to builders by virtue of the Act.

XIV.

To the extent that the New Manufactured and Modular Home Warranty Act does not apply to certain Defendants (ie non-builders) or to the extent said Act otherwise purports to exclude any part of Petitioners' claim, then Defendants are liable under La. C.C. Art. 2520 for breach of the warranty against redhibitory defects. The faulty roof clearly represents a defect that existed at the time of delivery and renders use of the home so inconvenient that Petitioner would not have purchased the home had he been aware of that defect. When a seller is unable or fails to repair the defect (or is aware of the defect) then seller is bound to return the price to the buyer with interest and reimburse buyer for reasonable expenses. La. C.C. Art. 2531 & 2545.

XV.

Defendants are also liable for breach of the seller's duty to deliver the thing sold absent any hidden defects under La. C.C. Art. 2475.

XVI.

Moreover, the Defendants' repeated attempts to repair the defect, and their repeated assurances to Petitioner that the defect had been repaired (when it clearly had not) constitute error and/or fraud with respect to the purchase contract and defective performance thereof, which

is grounds for the rescission of that contract under La. C.C. Art. 1948, et seq. See also La. C.C. Art. 1994.

XVII.

Finally, Defendants are liable under the general tort provision of La. C.C. Art. 2315. Defendants were negligent in the construction, delivery, and/or installation of the home, as well as with respect to Defendants' attempted repairs made to the home. But for this negligence Petitioner's home would not have sustained years of water damage from the faulty roof.

**WHEREFORE**, Petitioner prays that, after due proceedings be had, that there be judgment in favor of Petitioner, Thomas Hardee, and against the above-named Defendants, finding that the Defendants are liable and indebted to Petitioner for:

1) All damages that are just and reasonable under the circumstances;
2) Judicial interest from the date of judicial demand;
3) The award of costs, expenses, and reasonable attorney fees to the fullest extent allowed by law; and
4) Such other and further relief which this Court deems necessary and proper at law and in equity and that may be just and reasonable under the circumstances of this matter.

Respectfully Submitted By:

Jonathan R. Fleming (LSBA #35477)
*Attorney for Petitioner, Thomas Hardee*
216 N. Columbia Street, Suite A
Covington, Louisiana 70433
Telephone: (985) 892-2350

A TRUE COPY
DY. CLERK 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
**Katie Gilly, Deputy Clerk**

**PLEASE SERVE:**

1. CMH HOMES, INC. (Clayton Homes)
Through CT CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, La. 70816

2. SOUTHERN ENERGY HOMES, INC.
Through CT CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, La. 70816

3. REGIONAL ENTERPRISES, LLS d/b/a Laurel Home Center
Through CT CORPORATION SYSTEM
3867 Plaza Tower Dr.
Baton Rouge, La. 70816

**TO SERVE THROUGH LONGARM:**

4. SOUTHERN COLONEL HOMES, INC.
Through registered agent Randa C. Pittman
7390 US Hwy 49
Hattiesburg, MS 39402

5. SOUTHERN COLONEL HOMES OF LAUREL
5185 Hwy 84
Laurel, MS 39443

6. B & C Mobile Homes, LLC
Through registered agent, James Burroughs
45 Howse Road
Laurel, MS 39443

2021 - 10467 D
FILED
JAN 28 2021
MELISSA R. HENRY - CLERK
Deputy
Sandra Burris, Deputy Clerk

@yahoo.com - Yahoo Mail - RE: [EXTERNAL] Re: Serial # SA... Page 1 of 2

Search your mailbox

randy h Account Info Go Sign Out Home

Inbox Contacts Notepad Calendar

Compose

Delete Spam Actions Apply

Switch to the newest Yahoo Mail

Inbox 999+
Drafts
Sent
Archive
Spam
Trash

Folders Edit Hide

+ New folder
jokes
mmi
pics 1
vidio clips

Compose

Google Chrom Download Chrome T Ad

**RE: [EXTERNAL] Re: Serial # SAD022920 ALABCM**

majoratt@yahoo..../Inbox

CAT <cat@claytonhomes.com>
To: randy h <majoratt@yahoo.com>

Jun 22 at 10:23 AM

Print Raw message

Good Morning Mr. Hardee,

The Home Building Facility has reviewed the photos you sent over and determined that the issues appear to be from where the setup crew raised the 6:12 roof. This means that those shingles were installed by the setup crew sent by Southern Colonel Homes, Inc. not by our facility. We recommend reaching out to Southern Colonel regarding this issue and let them know what we four

Thanks so much,

Clayton Customer Advocacy
(577) 264-2812
CAT@ClaytonHomes.com

Clayton customer advocacy

WARRIOR 12 VICTORY OR ...
$25.99

From: randy h <majoratt@yahoo.com>
Sent: Friday, June 19, 2020 10:23 AM
To: CAT <CAT@ClaytonHomes.com>
Subject: Re: [EXTERNAL] Re: Serial # SAD022920ALABCM

I am sorry to say that there is no report from the adjuster saying that the roof was installed improper. He took pictures and showed me and forward them to me with the captures on them. He said that I had no claim on the roof becaus of the improper installation. There is nothing mentioned in the report on the roof seeing there was technically no damage to the roof. But because of the faulty installation I am receiving water intrusion into the interior of the house and also in the exterior walls in three locations.
He suggested that I should contact the manufacture because of the faulty installation. The intrusion of water from the roof will only continue to progressively get worse. It was stated that because of this situation that this would affect the coverage of insurance if the roof was not corrected. He also informed me that there is in the state of Louisiana regulations a five year manufacturing law that covers defective construction and manufacturing.

On Thursday, June 18, 2020, 04:16:47 PM CDT, CAT <cat@claytonhomes.com> wrote:

Good afternoon,
Thank you for forwarding the attached pictures. We do not see that a report is attached. Do you have this available?

Clayton Customer Advocacy

Ex. A

2021 . 10467 D

FILED

JAN 28 2021

MELISSA R. HENRY - CLERK
Deputy
Sandra Burris, Deputy Clerk

Ex. A-1

Exhibit 1 - Notice of Removal



Page 1 of 1

Offset layout
will not
theromseal
properly

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmze9... 7/15/2020

Exhibit 1 - Notice of Removal



Page 1 of 1

Paper felt
on back
of
shingles

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmze9... 7/15/2020

Exhibit 1 - Notice of Removal



Page 1 of 1

Shingle course will not seal
because of improper shingle
spacing especially on the
transition

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmze9... 7/15/2020

Exhibit 1 - Notice of Removal



Page 1 of 1

Shingles
damaged
from
installation

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmze9... 7/15/2020

Exhibit 1 - Notice of Removal



Page 1 of 1

Severe
Shingles overlapping

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmzc9... 7/29/2020

Exhibit 1 - Notice of Removal

Page 1 of 1

Felt left on back of shingles
Will not seal

Over driven nails

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmze9... 7/29/2020

Exhibit 1 - Notice of Removal



Page 1 of 1

Improper shingle lap
Will not properly
Thermoseal

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmze9... 7/29/2020

Exhibit 1 - Notice of Removal



Page 1 of 1

Shingle have felt stuck to the back of them. Looks like the shingles have been reused

https://apis.mail.yahoo.com/ws/v3/mailboxes/@.id==VjN-O0usuqMfH4EeEjPCGAmze9... 7/15/2020

Exhibit 1 - Notice of Removal

CUSTOM ROOFING
By James Ghawaly, LLC

Contractor License
# 560530

42418 Jefferson Dr
Hammond, LA 70403
985-974-6355

2021-10467 D
FILED
JAN 28 2021
MELISSA R. HENRY - CLERK
Deputy
Sandra Burris, Deputy Clerk

# Inspection

07/14/2020

**Randy Hardee**
**12055 Quaglino Rd**
**Folsom, La**

This inspection report is of the roof located at 12055 Quaglino Rd in Folsom, La.
This roof was of very poor quality installation and the life expectancy has been greatly reduced due directly to poor workmanship. The homeowner has several issues of leaking due to shingles that have paper felt sealed to the back of the shingle, overdriven nails and poor course runs of shingles.
Custom Roofing is a certified installer of all major shingle manufactures and guarantees this roof has no warranty from the shingle manufacture because of many issues of improper installation.
Please see photos.

Sincerely,
James Ghawaly
Custom Roofing
985-974-6355

Ex. B

COMPLAINT NUMBER: ______________ DATE: 1-20-2021

## LOUISIANA MANUFACTURED HOME CONSUMER COMPLAINT

PLEASE PRINT OR TYPE (Black Ink)

Consumer Thomas R. Hardee
Address 12055 Quas Lino Rd.
City Folsom State LA Zip 70437
Phone H 504-452-0183
Phone W ______________

Retailer Southern Colonial Homes, Inc.
Address 5185 US 84 W.
City Laurel State MS Zip 39443
Phone 601-428-8218

Manufacturer Southern Energy
Address 18025 Co. Rd-41
City Addison State AL Zip 35540
Phone ______________

Installer B+C mobile Home
Address 45 Howse Rd.
City Laurel State MS Zip 39443
Phone 601-425-9372

Serial Number SAD 22 920ALABCM
HUD Label Number 10688

Date Manufactured 5-5-2016
Date Purchased 6- -2016

2021-10467 D

FILED
JAN 28 2021
MELISSA R. HENRY - CLERK
Deputy Sandra Burris, Deputy Clerk

1. When purchased, manufactured home was: New (✓) Used ( )

2. Have you previously filed a written complaint with this office? Yes( ) No(✓)

a. If yes, please list the complaint number______________date filed______________

4. Did you receive a homeowner's manual? Yes (✓) No ( )

5. Home Size: Single Wide_____ Multi Wide ✓ Length 73 Ft Width_____Ft

6. Have you contacted the retailer? Yes(✓) No( ) Notification: Written( ) Verbal(✓)

7. Have you contacted the manufacturers? Yes(✓) No( ) Notification: Written(✓) Verbal( ✓)

8. Have you contacted any other agency, ex. Consumer Affairs, Better Business Bureau, or Attorney? Yes(✓) No( )

a. If yes, please list those notified: BBB, Attorney Johathan Fleming

10. Please return completed form to: Louisiana Manufactured Housing Commission, 8181 Independence Blvd, Baton Rouge, La. 70806

Ex. C

Consumer Name: Thomas R. Hardee

LIST OF COMPLAINTS: PLEASE BE SPECIFIC AND BRIEF. (Example): ITEM 1: ROOF LEAKS; ITEM 2: FLOOR DECKING DETERIORATING NEAR FRONT DOOR; ITEM 3: CEILING TILE CRACKED IN LIVING ROOM.

Roof: June 2, 2020; After storm Living room & Spare bed room had water on Floor. After roof being inspected was informed That roof was improperly installed.

Had Factory & dealer out previously several Times because of leak in wall in bedroom. They Claimed they had Fixed.

Flooring: because of water intrusion in home Flooring has started To buckle and seperate. After having Flooring people come to house was informed That the Floating wood Floor was also installed under cabinets & cabinets would have To be removed & replace Flooring.

walls: There are Three locations in home where water has run down inside of walls due To roof. sheet rock on ceiling & walls need to be repaired & checked For mold. wood beam on ceiling needs repair.

Cabinets in kitchen: The cabinets has been descovered To have been glued in. Cabinet people informed me That The Cabinets are likely going To be destroyed Tring To remove them To be able To replace Flooring.

Bedroom wall: The wall in The spare bed room pointed out To me by roofer has been leaking For a while do To water stain From inside out on sheet rock. Possible mold!



7020 0090 0001 8668 7787

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Baton Rouge, LA 70806 OFFICIAL USE

Certified Mail Fee $3.55
$ $2.85

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $0.55

Total Postage and Fees $ $6.95

Postmark Here: ESPLANADE, LA 70806 JAN 21 2021 — 01/21/2021

Sent To: La. Manufactured Housing Comm.
Street and Apt. No., or PO Box No.: 8181 Independence Blvd.
City, State, ZIP+4®: Baton Rouge, LA. 70806

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Certified Mail® $2.85
Tracking #:
70200090000186687787
Return Receipt $6.95
Tracking #:
9590 9402 5847 0038 3600 59

Total $6.95

Grand Total: $7.00
Cash -$0.05
Change

*************************************************
USPS is experiencing unprecedented volume increases and limited employee availability due to the impacts of COVID-19. We appreciate your patience.

Exhibit 1 - Notice of Removal

# CUSTOM ROOFING

BY JAMES GHAWALY, LLC

5 Year Workmanship Warranty

FILED
2021 10467 D
JAN 28 2021
MELISSA R. HENRY, CLERK
Deputy Clerk
Sandra Burris, Deputy Clerk

Contract #

985-974-6355
42418 Jefferson Dr
Hammond, LA 70403

Name Randy Haddef

Address 12055 Quarline Rd.

City Folsom State LA Zip Code 70437

Home Phone ___-___-___ Cell 504-452-0183

Email mAjorATT@yahoo.com

I/WE, the Owner's of the premises described above here by authorize Custom Roofing by James Ghawaly LLC to furnish all materials and labor necessary to roof and/or improve these premises in a good, workmanlike and substantial manner according to the following terms, specifications and provisions:

***DESCRIPTION OF THE MATERIALS TO BE USED***

| Type of Shingle | Brand | Hip and Ridge | Underlayment | Ice and Water |
|---|---|---|---|---|
| ☐ 3 Tab | ☐ Atlas | Supreme | Rhino U20 | Rhino |
| ☑ Architectural | ☐ CertainTeed | | | |
| ☐ Metal | ☑ Owens Corning | **Ventalation** | **Pipejacks** | **Drip Edge** |
| ☐ Slate | ☐ Other:____ | Lomaned | metal Base | 1 1/2 Brown |
| ☐ Other:____ | | | | |

**Custom Roofing by James Ghawaly, LLC**

- → Will only use synthetic felt.
- → Roof is stripped to the decking.
- → Ice and water is applied to all valleys, pipejacks, chimneys, vents and transitions.
- → New Dripedge will be applied.

**Special Instructions**

OC Duration Desert Tan
OC Supreme Hip + Ridge
OC Rhino U20 Synthetic Felt
OC Rhino Ice and Water
Brown 1 1/2" Drip Edge

**All bad wood decking will be replaced. We will replace up to (2) 4x8 matching decking at no charge. Homeowner will be responable for all sheets over the initial 2 sheets @ $50.00 per sheet. $10 per square extra per layer of additional felt**

**Per Insurance Claim amount or $** 14,850.00 __/__/__ CK#___ $___

**Payment Due when received from insurance company / completion of job.** __/__/__ CK#___ $___

Terms: This agreement does not obligate the homeowner or Custom Roofing by James Ghawaly, LLC. unless approved by your insurance companyand accepted by Custom Roofing by James Ghawaly, LLC By signing this agreement, you authorize Custom Roofing by James Ghawaly, LLC to pursue your best interests at a price agreeable to the insurance company and Custom Roofing by James Ghawaly, LLC Supplemental claims billed by Custom Roofing by James Ghawaly, LLC on your behalf for additional work or cost increases will become part of this agreement. The insured requests that Custom Roofing by James Ghawaly, LLC be named as additional payee on all checks issued as a result of this claim. Any upgrade or additional work requested by you and not approved by your insurance company will be your financial responsibility and not part of this agreement.

IN WITNESS WHERE OF Buyer(s) acknowledge receipt of a completed copy of this Agreement on the day and year written, I/We have read.

______ **Custom Roofing by James Ghawaly, LLC will over order material for your job. Material not used will be returned to the suppier. This material does not become the property of the homeowner. The supplier has up to 3 business days to pick up the returned supplies.**

Custom Roofing By James Ghawaly [signature] Date 7/2/2020

Owner(s) Signature [signature] Date 7/2/2020

Ex. D

# QUOTE SUMMARY

| | Price Level 1 |
|---|---|
| ***KMTCC_23 Net total:*** | $28,594.30 |
| *Direct Delivery Total* | 350.00 |
| | 0.00 |
| *Direct Delivery Net Total* | $350.00 |
| **Quote total:** | $28,944.30 |
| **Lowes Cabinet Installed Points Total:** | **69.51** |
| **Total linear feet of top molding** | **48.00-lin ft** |
| **Total linear feet of bottom molding** | **0.00-lin ft** |
| **Total linear feet of other molding** | **0.00-lin ft** |
| **Total linear feet of cabinets** | **53.42-lin ft** |

GET IT INSTALLED

**Ask us about installation. A Lowe's professional installer can help you with your project. Additional services are available. Ask an associate for details.**

**Special-order configured products are subject to a 20% restocking fee if returned.**

439757

**Purchase Order**

| | |
|---|---|
| TO Thomas Hardee | DATE 9-8-20 |
| ADDRESS 12055 Quagliwo Rd | DATE REQUIRED |
| CITY, STATE, ZIP Folsom LA 70437 | TERMS |
| SHIP TO R.T. construction | HOW SHIPPED |
| ADDRESS 11265 Lee settlement Rd | REQ. NO. OR DEPT. |
| CITY, STATE, ZIP Folsom LA 70437 | FOR |

| | QUANTITY | DESCRIPTION | PRICE | UNIT |
|---|---|---|---|---|
| 1 | Remove A Refrigerator | | | |
| 2 | + replace B sink | | | |
| 3 | | C cook Top | | |
| 4 | | D ovens | | |
| 5 | | | | |
| 6 | | Remove + replace- | | |
| 7 | | A 52' Base cabinet | | |
| 8 | | B 40' wall cabinets | | |
| 9 | | C 52' counter Top | | |
| 10 | | Note: All plumbing | | |
| 11 | | + Electrical Replaced | | |
| 12 | | Flooring is under cabinets | | |
| 13 | | may have To shim | 3860.00 | |
| 14 | | Randall Thompson | | |
| 15 | | | | |

**IMPORTANT**

Purchase Order Number must appear on all invoices - packaging, etc.

Please notify us immediately if you are unable to complete the order by date specified.

Please send ________ copies of your INVOICE with ORIGINAL BILL OF LADING.

PURCHASING AGENT

A-5831
T-48140/48141

ORIGINAL

01-11